UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL R. McGOWAN, et al., | No.  2:12-cv-2378 KJM CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| WORLD SAVINGS, INC., et al., | |
| Defendants. | |

On December 11, 2012, findings and recommendations were filed recommending that defendants' motion to dismiss be granted and that this action be dismissed with prejudice.  ECF No. 18.  The court found that plaintiffs' claims under the Truth in Lending Act ("TILA") are barred by the statute of limitations and all of plaintiffs' state law claims are preempted by the Home Owners' Loan Act ("HOLA").[1]  No objections were filed to the findings and recommendations.  On June 17, 2013, the District Judge assigned to this action concluded that the findings were supported by the record and by the proper analysis but referred the matter to the undersigned for consideration of whether it would be proper to allow plaintiffs to amend their complaint to state a claim under HOLA.  ECF No. 19.

/////

---

[1]  In the motion to dismiss, defendants also argued that plaintiff's state law claims were barred by the statute of limitations.

1

It appears that there is no private right of action under HOLA.  See <u>Taylor v. Citizens Federal Sav. and Loan Ass'n,</u> 846 F.2d 1320 (11th Cir. 1988) (no express or implied right of action under HOLA).  Nonetheless, since plaintiffs have not yet addressed this issue, the parties will be afforded an opportunity to brief this matter.

Accordingly, IT IS HEREBY ORDERED that:

1.  No later than July 17, 2013, plaintiffs shall file a brief addressing whether HOLA confers a private right of action.  Said brief shall be accompanied by a proposed amended complaint containing only claims under HOLA.  Failure to file a brief and proposed amended complaint shall result in a recommendation that this action be dismissed with prejudice.

2.  Defendants shall file a responsive brief no later than July 31, 2013.

3.  The matter shall thereafter stand submitted.

Dated:  June 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mcgowan.fb