UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL R. McGOWAN, et al., | No. 2:12-cv-2378 KJM CKD PS |
| Plaintiffs, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| WORLD SAVINGS, INC., et al., | |
| Defendants. | |

On December 11, 2012, findings and recommendations were filed recommending that defendants' motion to dismiss be granted and that this action be dismissed with prejudice. ECF No. 18. The court found that plaintiffs' claims under the Truth in Lending Act ("TILA") are barred by the statute of limitations and all of plaintiffs' state law claims are preempted by the Home Owners' Loan Act ("HOLA").[1] On June 17, 2013, the District Judge assigned to this action concluded that the findings were supported by the record and by the proper analysis but referred the matter to the undersigned for consideration of whether it would be proper to allow plaintiffs to amend their complaint to state a claim under HOLA. ECF No. 19.

/////

/////

---

[1] In the motion to dismiss, defendants also argued that plaintiff's state law claims were barred by the statute of limitations.

1

By order filed June 27, 2013, plaintiffs were granted leave to file a brief addressing whether HOLA confers a private right of action. Plaintiffs were directed to accompany said brief with a proposed amended complaint containing only claims under HOLA. Plaintiffs were also cautioned that failure to file a brief and proposed amended complaint would result in a recommendation that this action be dismissed with prejudice. Plaintiffs have not responded to the June 27, 2013 order.

There is no private right of action under HOLA. See Taylor v. Citizens Federal Sav. and Loan Ass'n, 846 F.2d 1320 (11th Cir. 1988) (no express or implied right of action under HOLA). Because amendment would be futile, dismissal should be with prejudice.

Accordingly, IT IS HEREBY RECOMMENDED that all defendants be dismissed with prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mcgowan.hola